IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN CHICKILLY, | : |
| **Plaintiff,** | : |
| v. | : 3:14-CV-02173 |
| | : (JUDGE MARIANI) |
| PANTHER VALLEY SCHOOL DISTRICT, | : |
| **Defendant.** | : |

## ORDER

**AND NOW, THIS 12TH DAY OF NOVEMBER, 2015**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 6) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion is **GRANTED** with leave being granted to Plaintiff to amend as follows:

1. With respect to Count I, Plaintiff's claims as set forth in ¶ 36 of the Complaint (Doc. 1) are **HEREBY LIMITED** to the three-year period from the date of suit to the date that is three years prior, *i.e.*, November 11, 2011.

2. The Court's Order setting the three-year period from November 11, 2011 to November 11, 2014 as the period in which Plaintiff may seek damages is **SUBJECT TO REVISION** should Plaintiff adequately plead, and thereafter prove, both a basis for the equitable tolling of the applicable Statute of Limitations as well as a claim for damages within that period.

3. Should Plaintiff wish to amend her Complaint, Plaintiff is **DIRECTED TO FILE** her Amended Complaint **no later than Friday, November 27, 2015.**

Robert D. Mariani
United States District Judge